# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL LAMB, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., et al.,<br><br>　　　Defendant(s). | Case No.: 2:20-cv-01883-GMN-NJK<br><br>**ORDER** |

On August 21, 2020, Defendant FEDEX Office and Print Services, Inc. filed an answer in state court. *See* Docket No. 1-3. To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1